IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARY AKU QUARTEY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. JKB-11-1663 |
| PRESIDENT BARACK OBAMA | * | |
| Defendant | * | |

\*\*\*\*\*\*\*

## MEMORANDUM

Plaintiff, a resident of Washington, D.C., filed this self represented complaint. The complaint is not a model of clarity. Plaintiff claims that in 2008, money in her Postal Service Federal Credit Union account was transferred to Wachovia Bank. She appears to claim that the Director of the FBI directed that her "total wealth" be transferred to the "Federal District Court Baltimore Bank." ECF No. 1.

Plaintiff has filed for indigency status. ECF No. 2. The motion shall be granted. This court may preliminarily review the complaint allegations before service of process and dismiss them if satisfied that the complaint has no factual or legal basis. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951 (4th Cir. 1995). As explained by the Supreme Court in *Neitzke*: "Examples of [factually baseless lawsuits] are claims describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Neitzke v. Williams*, 490 U.S. at 328.

Plaintiff's complaint provides no jurisdictional or factual basis for its filing. Her attachments are replete with fanciful illusions. The action shall be dismissed for failure to state a claim and without service of process on defendant.[1] A separate order shall follow.

Date: July 15, 2011

James K. Bredar
United States District Judge

---

[1] Plaintiff has filed approximately twenty-six cases in this court since December 2, 2009. Given the frivolous nature of her filings, the court concludes that affording plaintiff the opportunity to amend her complaint would be an exercise in futility.